United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: May 02, 2014
Docket #: 14-1074cv
Short Title: Paskar v. City of New York

DC Docket #: 13-cv-5897
DC Court: SDNY (NEW YORK CITY)
DC Judge: Crotty

## NOTICE OF EXPEDITED APPEAL

By notice filed April 10, 2014, an appeal has been taken from a judgment/order that dismissed the complaint. The grounds of dismissal make this appeal eligible for assignment to the Court's Expedited Appeals Calendar under Local Rule 31.2 (b), and the appeal is hereby placed on that calendar.

Appellants' brief is due no later than June 6, 2014, 35 days from the date of this notice. Appellees' brief is due no later than July 11, 2014 or, 35 days from the date Appellant's brief is filed, whichever date is sooner. Absent extraordinary circumstances, the Court will not grant a motion to extend the time to file a brief. See Local Rule 27.1(f)(1).

Inquiries regarding this case may be directed to 212-857-8506.